**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THOMAS PIERCE, | ) |
| Plaintiff, | ) No. CIV-95-2820-PHX RCB |
| vs. | ) O R D E R |
| TERRY STEWART, et. al., | ) |
| Defendants. | ) |

On December 15, 1995, Plaintiff filed an action in this Court claiming that Defendants violated his civil rights accorded to him under 42 U.S.C. § 1983 (doc. # 1). That action was resolved by jury verdict in favor of Defendants on April 22, 2002 (doc. # 284). Thereafter, the case was terminated with a judgment entered for Defendants from which Plaintiff did not appeal (doc. ## 290- 291). Three years later, Plaintiff filed a Motion for Order to Show Cause (doc. # 295), a Motion to Compel captioned as an "Open Letter to the Court" (doc. # 296), and a Motion for Temporary Restraining Order (doc. # 297). Those motions were denied by this Court's order (doc. # 299) entered September 30, 2005, which explained that

1  Plaintiff's new factual allegations should be presented in a
2  separate lawsuit.
3      Plaintiff has now filed another Motion to Compel, asking the
4  Court to direct Arizona Department of Corrections to provide the
5  Court with "all the informal attempts, grievances[,] grievance
6  appeals[,] responses[,] and all documentation for all of the above
7  processed and unprocessed resolved and not resolved [sic] . . . ."
8  Mot. (doc. # 301).  As before, the Court treats this motion,
9  submitted after entry of judgment, as a motion to alter or amend
10 judgment pursuant to Rule 59(e) of the Federal Rules of Civil
11 Procedure or as a motion for relief from judgment pursuant to Rule
12 60(b) of the Federal Rules of Civil Procedure.  See <u>Am. Ironworks &</u>
13 <u>Erectors, Inc. v. N. Am. Constr. Corp.</u>, 248 F.3d 892, 898-99 (9th
14 Cir. 2001).  For the same reasons set forth in greater detail in
15 the Court's September 30 order (doc. # 299), Plaintiff's motion
16 will be denied.  As previously explained, Plaintiffs new factual
17 allegations must be pursued in a separate lawsuit.  Therefore,
18     IT IS ORDERED that Plaintiff's Motion to Compel (doc. # 301)
19 is DENIED.
20     DATED this 22nd day of May, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

26 Copies to counsel of record and pro se plaintiff

-2-